COOPER ET AL. *v.* PITCHESS, SHERIFF, LOS ANGELES COUNTY, ET AL.

No. 278.   Decided October 17, 1960.

*Stanley Fleishman* and *Sam Rosenwein* for appellants.

*Harold W. Kennedy, William Lamoreaux, William B. McKesson, Ralph F. Bagley* and *Victor H. Blanch* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

THE CHIEF JUSTICE and MR. JUSTICE BLACK are of the opinion that probable jurisdiction should be noted.